UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
TOMER AVRAHAM MD PLASTIC SURGERY LLC,

                  Plaintiff,

-against-                25 Civ. 8233 (LGS)

INTERNATIONAL BROTHERHOOD OF TRADE UNIONS HEALTH AND WELFARE FUND,      **ORDER**

                  Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order issued on October 7, 2025, set the initial pretrial conference for October 28, 2025. It is hereby

**ORDERED** that the initial conference is **CANCELED**. It is further

**ORDERED** that, by **November 5, 2025**, Plaintiff shall file its Petition to Confirm the Arbitration Award, accompanied by a Memorandum of Law in support, not to exceed twenty (20) pages. By **November 19, 2025**, Defendant shall file any opposition, not to exceed twenty (20) pages. By **November 26, 2025**, Plaintiff shall file any reply in support of their Petition, not to exceed five (5) pages. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: October 22, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE