UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
TOMER AVRAHAM MD PLASTIC          :
SURGERY LLC,
                                     Plaintiff,   :
                                                        :
                 -against-                :        25 Civ. 8233 (LGS)
                                                         :
INTERNATIONAL BROTHERHOOD      :         **ORDER**
OF TRADE UNIONS HEALTH
AND WELFARE FUND,                      :
                                        Defendant.  :
                                                         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 22, 2025, set the briefing schedule for the petition that governs this matter: the petition is due November 5, 2025; opposition is due November 19, 2025; and reply is due November 26, 2025.

WHEREAS, on October 27, 2025, the parties filed a proposed stipulation seeking to extend the time to answer to December 3, 2025. It is hereby

**ORDERED** that the parties requested stipulation is **DENIED** as moot. The parties' proposed stipulation does not alter the briefing schedule. Any deadline to answer is adjourned sine die pending resolution of the petition and any related motion practice. The parties shall comply with the Court's Individual Rules for motion filings.

Dated: October 28, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE