UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOMER AVRAHAM MD PLASTIC
SURGERY LLC,

                Plaintiff,

-against-                  25 Civ. 8233 (LGS)

INTERNATIONAL BROTHERHOOD         **ORDER**
OF TRADE UNIONS HEALTH
AND WELFARE FUND,

                Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 22, 2025, set the briefing schedule for the petition that governs this matter: the petition (motion) to confirm the arbitration awards dated January 13, 2025, and January 14, 2025, and accompanying memorandum of law, are due November 5, 2025; opposition is due November 19, 2025; and reply is due November 26, 2025.

WHEREAS, as of November 10, 2025, Plaintiff has not filed its petition. It is hereby

**ORDERED** that Plaintiff shall file its petition by November 12, 2025. Defendant's opposition is due November 26, 2025; and Plaintiff's reply is due December 5, 2025. Should Plaintiff miss a second court-ordered deadline, this case will be dismissed absent a showing of good cause.

Dated: November 10, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE